The People of the State of New York v. Bruno Rothenberg.— Motion granted, and time extended twenty days from February twentieth. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Elias B. Goodman, an Attorney.— Reference ordered to official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the City of New York. (In the Matter of Elizabeth J. Lalor.) — Report confirmed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Hochstein and Abraham Feldman, Appellants, v. Vanderveer Crossings, Incorporated, Respondent. (2 cases.) — Judgments affirmed, with costs, on *Hochstein* v. *Vanderveer Crossings, Inc., No. 1* (150 App. Div. 118). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lina Walch, as Administratrix, etc., of John Walch, Deceased, Appellant, v. McDermott Dairy Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Nathan Swartz, an Infant, by Joseph Swartz, His Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Western Commercial Travelers' Association, Plaintiff, v. Edward William Langeheineken, Respondent, Impleaded with Babette Langeheineken, Appellant, and Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Katie A. Blute, Respondent, v. Theodore F. Endress, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John C. Tomlinson and Others, Respondents, v. Theodore E. Tomlinson, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. George W. Knoener, Relator, v. Joseph Johnson, as Fire Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Oranzio Persio, Appellant. — Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Amelia Abrams, Appellant, v. Alexander Abrams, Respondent.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The City of New York, Respondent, v. American Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. (Laughlin, J., dissented.)